### Jarrett MOORE, Movant/Appellant,

v.

### STATE of Missouri, Respondent/Respondent.

No. 70430.

Missouri Court of Appeals,
Eastern District,
Division One.

March 25, 1997.

Deborah B. Wafer, Dist. Defender, St. Louis, for movant/appellant.

Jeremiah W. (Jay) Nixon, Attorney General, David T. Truman, Assistant Attorney General, Jefferson City, for respondent/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Movant appeals the denial of his Rule 24.035 motion for post-conviction relief following an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. Rule 84.16(b).

### Gretchen SUMMERS, Petitioner/Appellant,

v.

### Michael HEMANN, Defendant/Respondent.

No. 70264.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 25, 1997.

John E. Counts, Law Office of John E. Counts, Fenton, for petitioner/appellant.

Mark H. Zoole, Weier, Hockensmith & Sherby, St. Louis, for defendant/respondent.

Before CRANE, P.J., and GERALD M. SMITH and PUDLOWSKI, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from a judgment on a jury verdict in favor of plaintiff on plaintiff's claims for malicious prosecution and intentional infliction of emotional harm. We affirm.

Sufficient evidence supports the jury verdict and no error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).